**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **GARY STADING** | § | |
| | § | |
| **V.** | § | **No.  5:24CV66-JRG-JBB** |
| | § | |
| **TEXAS A&M UNIVERSITY -** | § | |
| **TEXARKANA, ET AL.** | § | |

---

## ORDER

---

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  Before the Court is the following pending motion:

**Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (Dkt. No. 6).**

On July 1, 2024, Defendants filed the above motion pursuant to FED. R. CIV. P.  12(b)(1) and 12(b)(6).  On July 19, 2024, Plaintiff filed his First Amended Complaint. Dkt. No. 12. The Court, having considered the current posture of this case, is of the opinion the above-referenced motion should be denied as moot and without prejudice to refiling. Accordingly, it is hereby

**ORDERED** that Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (Dkt. No. 6) is **DENIED** as moot and without prejudice to refiling.

SIGNED this the 31st day of July, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE