# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **GARY STADING,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Case No. 5:24-cv-00066-JRG-JBB |
| **TEXAS A&M UNIVERSITY-** § | |
| **TEXARKANA, et al.,** § | |
| *Defendants.* § | |

## STIPULATION

TO THE HONORABLE U.S. DISTRICT JUDGE:

It is hereby stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Defendants hereby stipulate that one or more of the existing Defendants (other than Chancellor Sharp), Texas A&M University – Texarkana ("TAMUT"), former TAMUT President, Emily Cutrer and/or former TAMUT Provost and Vice President Melinda Arnold, have the requisite authority and ability to reinstate Plaintiff, Gary Stading, to his position as Dean of the College of Business, Engineering and Technology at Texas A&M University – Texarkana, in the event the Court makes a final determination that reinstatement is a proper and equitable remedy as a result of Plaintiff's claims.

2. In response to the foregoing stipulation of Defendants, Plaintiff hereby stipulates that he will non-suit any and all claims against Texas A&M Chancellor John Sharp and will not

pursue any additional claims for reinstatement against Chancellor Sharp or any other members of the Board of Regents of Texas A&M University as a result of the claims made the basis of this suit.

3. This Stipulation does not constitute an admission by any of the Defendants named herein nor by Chancellor Sharp in this or any other proceeding that Defendants violated or may have violated 42 U.S.C. § 1981, 42 U.S.C. § 1983 or Title VII of the Civil Rights Act of 1964.

Dated: April 22, 2025                          Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Attorney-In-Charge
Texas Bar No. 00796531
Assistant Attorney General

General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-2650 | FAX: (512) 320-0667
biff.farrell@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**MICHAEL E. COLES**
State Bar No. 24007025
The Coles Firm, PC
4925 Greenville Avenue, Suite 200
Dallas, Texas 75202
(214) 443-7860
(214) 692-7145 (Fax)
mikec@colesfirm.com

*Of Counsel*:

**ELIZABETH ATEN AMBERSON**
State Bar No. 24027044
The Lamberson Law Firm PC
6333 East Mockingbird Lane, Suite 147-524
Dallas, Texas 75214
(214) 320-2894
(214) 602-5796 (Fax)
lizl@colesfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that that on April 22, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General